IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ARIC W. HALL | § | |
| v. | § | CIVIL ACTION NO. 6:05cv193 |
| CIVIL AIR PATROL, INC., ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

      The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that Plaintiff's Motion for Default Judgment Against Defendant Dennis Bennett be denied. Plaintiff filed written objections to the Report and Recommendation on November 4, 2005.

      Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

      In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion for Default Judgment Against Defendant Dennis Bennett (docket #27) is **DENIED**.

**SIGNED this 14th day of November, 2005.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE