IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ARIC W. HALL | § | |
| v. | § | CIVIL ACTION NO. 6:05cv193 |
| CIVIL AIR PATROL, INC., ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Plaintiff's Motion to Voluntarily Dismiss or Withdraw Claim Regarding Mr. Cunningham and Mr. Richardson (document #164) and Plaintiff's Motion to Amend/Correct Second Amended Complaint (document #165) be granted. No written objections have been filed. The Court therefore concludes that the findings and conclusions of the Magistrate Judge are correct and are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion to Voluntarily Dismiss or Withdraw Claim Regarding Mr. Cunningham and Mr. Richardson (document #164) and Plaintiff's Motion to Amend/Correct Second Amended Complaint (document #165) are **GRANTED**.

**SIGNED this 26th day of January, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE