IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


ARIC W. HALL                                       §

v.                                                 §                    CIVIL ACTION NO. 6:05cv193

CIVIL AIR PATROL, INC., ET AL.                     §


ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE


The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration.   The Report and Recommendation recommends that Plaintiff's Motion for Preliminary Injunction Against Defendants U.S. Air Force & U.S. Department of Defense to Declassify the Phone Book (document #187), Plaintiff's Amended Motion for Preliminary Injunction Against Defendants U.S. Air Force & U.S. Department of Defense to Declassify the Phone Book (document #189) and Plaintiff's Motion for Preliminary Injunction Against the United States to Restrict Enforcement of 18 U.S.C. § 702 (document #188) be denied.   Plaintiff filed written objections to the Report and Recommendation on December 8, 2005.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections

are without merit.   Therefore, the findings and conclusions of the Magistrate Judge are hereby

adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion for Preliminary Injunction Against Defendants U.S. Air

Force & U.S. Department of Defense to Declassify the Phone Book (document #187), Plaintiff's

Amended Motion for Preliminary Injunction Against Defendants U.S. Air Force & U.S. Department

of Defense to Declassify the Phone Book (document #189) and Plaintiff's Motion for Preliminary

Injunction Against the United States to Restrict Enforcement of 18 U.S.C. § 702 (document #188)

are **DENIED**.

**SIGNED this 26th day of January, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE